PROB 12B  
(7/93)

Report Date: January 20, 2010

## United States District Court

for the

Eastern District of Washington

**Request for Modifying the Conditions or Term of Supervision  
with Consent of the Offender**  
*(Probation Form 49, Waiver of Hearing is Attached)*

FILED IN THE  
U.S. DISTRICT COURT  
EASTERN DISTRICT OF WASHINGTON  

JAN 21 2010  

JAMES R. LARSEN, CLERK  
_____DEPUTY  
SPOKANE, WASHINGTON

| | |
|---|---|
| Name of Offender: William J Aills | Case Number: 2:03CR02235-001 |

Name of Sentencing Judicial Officer: The Honorable William Fremming Nielsen

| | |
|---|---|
| Date of Original Sentence: 10/7/2004 | Type of Supervision: Supervised Release |
| Original Offense: Possession of a Firearm by Prohibited Person, 18 U.S.C. § 922(g)(1) | Date Supervision Commenced: 9/18/2009 |
| Original Sentence: Prison - 63 Months; TSR - 36 Months | Date Supervision Expires: 1/17/2012 |

---

### PETITIONING THE COURT

To modify the conditions of supervision as follows:

14  You shall reside in a residential reentry center for a period of up to 180 days. This placement may include a prerelease component, day reporting, and home confinement (with or without electronic monitoring, but not to include GPS) at the directions of the CCM and USPO. You shall abide by the rules and requirements of the facility. You shall remain at the facility until discharged by the Court.

### CAUSE

William Aills appeared before the Court on February 17, 2009, for his revocation hearing. He was sentenced to 8 months confinement followed by 28 months of supervised release. As part of the defendant's term of supervised release, the Court ordered he complete up to 180 days at a residential reentry center. Mr. Aills entered the Franklin County Residential Reentry Center (RRC) on September 21, 2009. He is scheduled to complete his time on March 19, 2010. At this time Mr. Aills is not entitled to the benefits of the prerelease component while at the RRC.

This officer respectfully recommends the Court modify condition number 14, and provide the defendant the benefit of the prerelease component. Mr. Aills has complied with the rules and regulations of the RRC. Additionally, he obtained full time employment with Washington Potato Company in Pasco, Washington. He has had negative drug tests, has complied with his substance abuse assessment, and has been attending self-help groups. Mr. Aills has also found housing in Pasco, and he has obtained his driver's license and auto insurance. Based on the defendant's compliance and the intended purpose of the RRC, the prerelease component will benefit the defendant transition into the community.

Prob 12B
**Re: Aills, William J**
**January 20, 2010**
**Page 2**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: January 20, 2010

SanJuanita B Coronado
U.S. Probation Officer

## THE COURT ORDERS

[ ] No Action
[ ] The Extension of Supervision as Noted Above
[X] The Modification of Conditions as Noted Above
[ ] Other

Signature of Judicial Officer

Jan 21 2010
Date

PROB 49
(3/89)

# United States District Court

## Eastern District of Washington

### Waiver of Hearing to Modify Conditions of Probation/Supervised Release or Extend Term of Supervision

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

To modify the conditions of supervision as follows:

14 You shall reside in a residential reentry center for a period of up to 180 days. This placement may include a prerelease component, day reporting, and home confinement (with or without electronic monitoring, but not to include GPS) at the directions of the CCM and USPO. You shall abide by the rules and requirements of the facility. You shall remain at the facility until discharged by the Court.

Witness: SanJuanita B. Coronado
SanJuanita B Coronado
U.S. Probation Officer

Signed: x William J. Aills
William J Aills
Probationer or Supervised Releasee

January 20, 2010
Date