PROB 12C
(7/93)

Report Date: May 4, 2010

# United States District Court

## for the

## Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

MAY 0 6 2010

JAMES R. LARSEN
_____ DEPUTY
SPOKANE, WASHINGTON

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: William J Aills                Case Number: 2:03CR02235-001

Address of Offender:

Name of Sentencing Judicial Officer: The Honorable William Fremming Nielsen, Senior U.S. District Judge

Date of Original Sentence: 10/7/2004

Original Offense:      Possession of Firearm by Prohibited Person, 18 U.S.C. 922(g)(1)

Original Sentence:     Prison - 63 Months; TSR - 36    Type of Supervision: Supervised Release
                       Months

Asst. U.S. Attorney:   Gregory M. Shogren              Date Supervision Commenced: 9/18/2009

Defense Attorney:      Rick Lee Hoffman                Date Supervision Expires: 1/17/2012

---

## PETITIONING THE COURT

**To issue a summons.**

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Mandatory Condition # 2**: The defendant shall not commit another Federal, state, or local crime.

**Supporting Evidence**: Mr. Aills is considered in violation of his term of supervised release as he was arrested on April 8, 2010, by the Kittitas County Sheriff's Office, for taking a motor vehicle without permission and second degree malicious mischief. Per the incident report, an employee from Gemma Renewable Power, which was the defendant's employer, called 911 to report that Mr. Aills left the construction site with a company vehicle without permission. As the defendant drove away in the vehicle, he drove over a 3 to 4 foot embankment and equipment that was in the truck bounced out of the rear window and dented the vehicle.

Officers attempted to locate the defendant and made contact with Mr. Aills via his cellular telephone. The defendant returned to the site and stated the other employees were threatening him and saying he was going to be arrested for what was in his personal vehicle. The company truck was estimated to have over $2,000 in damage as the rear window and windshield were broken out and the front end and underside of the truck and top of the cab were damaged. |

Prob12C
Re: Aills, William J
May 4, 2010
Page 2

        Mr. Aills was arrested and transported to the Kittitas County Jail. He was charged in Kittitas County Superior Court with taking a motor vehicle, case #10-1-00109-2. He posted a $5,000 bond, and has his next court appearance on May 10, 2010.

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the defendant to appear to answer to the allegations contained in this petition.

        I declare under penalty of perjury that the foregoing is true and correct.

        Executed on: 05/04/2010

        s/SanJuanita B. Coronado

        SanJuanita B Coronado
        U.S. Probation Officer

---

THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[X] The Issuance of a Summons
[ ] Other

Signature of Judicial Officer

5/5/10
Date