PROB 12C
(7/93)

Report Date: June 30, 2010

# United States District Court

for the

## Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

JUL 0 1 2010

JAMES R. LARSEN, CLERK
_____DEPUTY
SPOKANE, WASHINGTON

**Petition for Warrant or Summons for Offender Under Supervision**

Name of Offender: William J Aills             Case Number: 2:03CR02235-001

Address of Offender:

Name of Sentencing Judicial Officer: The Honorable William Fremming Nielsen, Senior U.S. District Judge

Date of Original Sentence: 10/7/2004

Original Offense:      Possession of a Firearm by Prohibited Person, 18 U.S.C. § 922(g)(1)

Original Sentence:     Prison - 63 Months;           Type of Supervision: Supervised Release
                       TSR - 36 Months

Asst. U.S. Attorney:   Gregory M. Shogren            Date Supervision Commenced: 9/18/2009

Defense Attorney:      Rick Lee Hoffman              Date Supervision Expires: 1/17/2012

## PETITIONING THE COURT

**To issue a warrant and to incorporate the violations contained in this petition in future proceedings with the violation previously reported to the Court on 5/4/2010.**

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 2 | **Mandatory Condition # 2**: The defendant shall not commit another Federal, state, or local crime. |
| | **Supporting Evidence**: Mr. Aills was charged with driving under the influence, Yakima Municipal Court, cause number G00059938 on June 26, 2010. |
| | According to the Yakima Municipal Court docket, bail has been set at $10,000 and the defendant's next court appearance is set for July 21, 2010. A police report has been requested. |
| 3 | **Mandatory Condition # 2**: The defendant shall not commit another Federal, state, or local crime. |
| | **Supporting Evidence**: Mr. Aills was charged with operating a motor vehicle without insurance, Yakima Municipal Court, cause number G00047476 on June 26, 2010. |
| | A police report has been requested. |

Prob12C
Re: Aills, William J
June 29, 2010
Page 2

| | | |
|---|---|---|
| | 4 | **Special Condition # 16**: You shall abstain from alcohol and shall submit to testing (including urinalysis and Breathalyzer), as directed by the supervising probation officer, but no more than six tests per month, in order to confirm continued abstinence from this substance. |

**Supporting Evidence**: Mr. Aills was found under the influence of alcohol by the Yakima Police Department on June 26, 2010.

The U.S. Probation Office respectfully recommends the Court issue a warrant and place as a detainer requiring the defendant to appear to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   06/30/2010

s/Jose Zepeda

Jose Zepeda
U.S. Probation Officer

---

THE COURT ORDERS

[ ]  No Action
[✕]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[✕]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]  Other

Signature of Judicial Officer

7/1/10
Date