Case 2:03-cr-02235-WFN   Document 161   Filed 09/17/10

PROB 12C
(7/93)

Report Date: September 17, 2010

# United States District Court

for the

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

SEP 17 2010

JAMES R. LARSEN, CLERK
_____DEPUTY
YAKIMA, WASHINGTON

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: William J Aills                Case Number: 2:03CR02235-001

Address of Offender:

Name of Sentencing Judicial Officer: The Honorable William Fremming Nielsen, Senior U.S. District Judge

Date of Original Sentence: 10/7/2004

Original Offense:      Possession of a Firearm by Prohibited Person, 18 U.S.C. § 922(g)(1)

Original Sentence:     Prison - 63 Months; TSR - 36        Type of Supervision: Supervised Release
                       Months

Asst. U.S. Attorney:   Gregory M. Shogren                  Date Supervision Commenced: 9/18/2009

Defense Attorney:      Rick Lee Hoffman                    Date Supervision Expires: 1/17/2012

## PETITIONING THE COURT

To incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court on 5/4/2010 and 6/30/2010.

The probation officer believes that the offender has violated the following conditions of supervision:

Violation Number | Nature of Noncompliance

5 | **Special Condition # 15**: You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing, as directed by the supervising probation officer, but no more than six tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: Mr. Aills consumed methamphetamine on September 11, 2010.

On September 15, 2010, Mr. Aills signed the admission of drug use form admitting to having consumed methamphetamine on September 11, 2010. A urine specimen was collected by Merit Resource Services staff and was sent to Alere Toxicology Services, Incorporated for confirmation.

6 | **Special Condition # 15**: You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing, as directed by the supervising probation officer, but no more than six tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: Mr. Aills failed to submit to a random drug test at Merit Resource Services on September 14, 2010.

Prob12C
Re:  Aills, William J
September 17, 2010
Page 2

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 09/17/2010

s/Jose Zepeda

Jose Zepeda
U.S. Probation Officer

---

## THE COURT ORDERS

[ ] No Action
[X] The Issuance of a Warrant
[ ] The Issuance of a Summons
[ ] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ] Other

_____
Signature of Judicial Officer

Sept 17 2010
Date