PROB 12C
(7-93)

Report Date: July 21, 2011

# United States District Court

## for the

## Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

JUL 21 2011

JAMES R LARSEN
SPOKANE, WASHINGTON   DEPUTY

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: William J. Aills                Case Number: 2:03CR02235-001

Last Known Address of Offender:

Name of Sentencing Judicial Officer: The Honorable Wm. Fremming Nielsen, Senior U.S. District Judge

Date of Original Sentence: 10/07/2004

| | |
|---|---|
| Original Offense: | Possession of a Firearm by Prohibited Person, 18 U.S.C. § 922(g)(1) |
| Original Sentence: | Prison - 63 Months; TSR - 36 Months    Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: Pamela J. Byerly | Date Supervision Commenced: 09/18/2009 |
| Defense Attorney: Roger Peven | Date Supervision Expires: 03/03/2012 |

## PETITIONING THE COURT

To issue a warrant.

The probation officer believes that the offender has violated the following conditions of supervision:

Violation Number    Nature of Noncompliance

1    **Mandatory Condition # 1**: The defendant shall report to the probation office in the district to which the defendant is released within 72 hours of release from the custody of the Bureau of Prisons.

**Supporting Evidence**: Mr. Aills released from custody on July 7, 2011. Prior to his release, he contacted the undersigned officer by telephone from the Toppenish Jail on July 6, 2011. At that time, he was directed to report to the U.S. Probation Office in Yakima on July 7, 2011, following his release. He has failed to report to probation as directed.

2    **Mandatory Condition # 2**: The defendant shall not commit another Federal, state, or local crime.

**Supporting Evidence**: The defendant was charged on March 14, 2011, in Yakima Municipal Court with violation of a protection order, cause no. H11334. He pled guilty to the charge on June 21, 2011, and was sentenced to 364 day jail with 324 days suspended.

3    **Special Condition # 14**: You shall undergo a substance abuse evaluation and, if indicated by a licensed/certified treatment provider, enter into and successfully complete an approved substance abuse treatment program, which could include inpatient treatment and aftercare.

Prob12C
Re: Aills, William J
July 21, 2011
Page 2

You shall contribute to the cost of treatment according to your ability to pay. You shall allow full reciprocal disclosure between the supervising officer and treatment provider.

**Supporting Evidence**: Mr. Aills has a recommendation that he successfully complete outpatient drug treatment. He released from custody on July 7, 2011, and his current whereabouts are unknown. Mr. Aills is not attending recommended drug treatment at this time.

4     **Special Condition # 15**: You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing, as directed by the supervising officer, but no more than six tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: Mr. Aills has made himself unavailable for court-ordered drug testing. He has failed to report, and his whereabouts are not known.

The U.S. Probation Office respectfully recommends the Court issue a warrant for the arrest of the defendant to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    07/21/2011

s/Matthew L. Thompson

Matthew L. Thompson
U.S. Probation Officer

---

### THE COURT ORDERS

[ ]   No Action
[X]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[ ]   Other

Signature of Judicial Officer

Date: July 21, 2011