PROB 12C
(7/93)

Report Date: October 6, 2011

# United States District Court

for the

## Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

OCT 06 2011

JAMES R LARSEN, CLERK
_____ DEPUTY
SPOKANE, WASHINGTON

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: William J. Aills           Case Number: 2:03CR02235-001

Last Known Address of Offender:           Spokane, WA 99202

Name of Sentencing Judicial Officer: The Honorable Wm. Fremming Nielsen, Senior U.S. District Judge

Date of Original Sentence: 10/07/2004

Original Offense:  Possession of a Firearm by Prohibited Person, 18 U.S.C. § 922(g)(1)

Original Sentence: Prison - 63 Months; TSR - 36 Months           Type of Supervision: Supervised Release

Asst. U.S. Attorney: Pamela J. Byerly           Date Supervision Commenced: 09/18/2009

Defense Attorney: Roger Peven           Date Supervision Expires: 03/03/2012

## PETITIONING THE COURT

To incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court on May 4, 2010; June 30, 2010; and September 17, 2010.

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 7 | **Mandatory Condition #4**: The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as directed by the probation officer.<br><br>**Supporting Evidence**: On September 21, 2011, the defendant submitted a urine sample that tested positive for the presence of synthetic cannibinoids, which are classified as a Schedule I controlled substance by the Drug Enforcement Administration on March 1, 2011. Mr. Aills admitted to the undersigned officer that he ingested the substance while he was at the residential reentry center (RRC). |
| 8 | **Special Condition #14**: You shall undergo a substance abuse evaluation and, if indicated by a licensed/certified treatment provider, enter into and successfully complete an approved substance abuse treatment program, which could include inpatient treatment and aftercare. You shall contribute to the cost of treatment according to your ability to pay. You shall allow full reciprocal disclosure between the supervising officer and treatment provider. |

Prob12C
Re: Aills, William J
October 6, 2011
Page 2

**Supporting Evidence**: Mr. Aills currently attends intensive outpatient treatment through Pioneer Counseling. He failed to attend his scheduled treatment on October 3, 2011. Mr. Aills did attend sessions on October 4 and 5, 2011, but appeared to be under the influence of a controlled substance. He is currently in noncompliance with his treatment requirements.

9   **Special Condition #15**: You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing, as directed by the supervising officer, but no more than six tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: Mr. Aills was scheduled to submit to drug testing on October 5, 2011. He failed to submit to drug testing as directed.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:  10/06/2011

s/Matthew L. Thompson

Matthew L. Thompson
U.S. Probation Officer

---

THE COURT ORDERS

[ ]  No Action
[ ]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[X]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]  Other

Signature of Judicial Officer

10/6/11
Date